IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV400-C

| | |
|---|---|
| **SHELL OIL COMPANY and MOTIVA ENTERPRISES, LLC,** ) ) ) ) **Plaintiffs,** ) v. ) **L. RAY THOMAS,** ) ) **Defendant.** ) _____) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' "Application[s] for Admission to Practice Pro Hac Vice [for Paul D. Sanson and Laurie A. Sullivan]" (documents ##8-9) filed January 16, 2009. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 16, 2009

Carl Horn, III
United States Magistrate Judge